*In re* EDDY RIVERA MALDONADO.

*Número:* 4132          *Resuelto:* 30 de junio de 1995

*Angelita Rieckehoff,* Directora Ejecutiva del Colegio de Abogados de Puerto Rico.

## RESOLUCIÓN

Vista la Moción informativa del Colegio de Abogados de Puerto Rico, al efecto de que el Lcdo. Eddy Rivera Maldonado había sido dado de baja de dicho colegio a petición de éste, se accede a lo solicitado y se autoriza la inactivación de dicho abogado como licenciado para ejercer la profesión jurídica en nuestro Foro y como miembro de la referida institución.

Lo acordó el Tribunal y certifica el señor Secretario General. La Juez Asociada Señora Naveira de Rodón y el Juez Asociado Señor Fuster Berlingeri no intervinieron.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*